**Order entered February 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00051-CR

## EX PARTE MANUEL LUPE RIOS JR.

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. W90-54751-U(D)

## ORDER

The clerk's record has been filed in this appeal. By letter, the court reporter has informed the Court that there is no reporter's record. The Court has not yet received the trial court's certification of appellant's right to appeal.

The Court **ORDERS** the trial court to file the certification of right to appeal within **TEN DAYS** of the date of this order.

Pursuant to rule of appellate procedure 31, appellant's brief shall be due **THIRTY DAYS** from the date of this order. *See* TEX. R. APP. P. 31.1(a). The State's brief shall be due thirty days after appellant files his brief.

/s/    LANA MYERS
JUSTICE